UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT BULK STORAGE, INC.,

    Plaintiff,

v.

Case No. 23-cv-10038
Hon. Matthew F. Leitman

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Defendant.

_____/

### ORDER (1) DENYING PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 18, 19) AND (2) GRANTING DEFENDANT LEAVE TO FILE A SECOND SUMMARY JUDGMENT MOTION

On July 14, 2025, the Court held a hearing on cross-motions for summary judgment that Plaintiff Detroit Bulk Storage, Inc. and Defendant Travelers Property Casualty Company of America have filed in this case. (*See* Mots., ECF Nos. 18, 19.) For the reasons explained on the record during the motion hearing, both motions are **DENIED**.

However, as discussed on the record, the Court **GRANTS** Travelers leave to file a second summary judgment motion limited to Travelers' arguments that Detroit Bulk Storage's claim for a defense are barred by the pollution exclusion in the parties' insurance contract. As further discussed on the record, Travelers shall not

1

file that motion until further order of the Court following a status conference that the Court will conduct in approximately three weeks.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: July 14, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126