UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT BULK STORAGE, INC.,

     Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

     Defendant.

Case No. 23-cv-10038
Hon. Matthew F. Leitman

_____/

**ORDER (1) DENYING MOTIONS TO SEAL (ECF Nos. 46, 49, 56), (2) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO REMOVE DESIGNATIONS (ECF No. 48), (3) DENYING WITHOUT PREJUDICE NON-PARTY ADAM PATTON'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER (ECF No. 50), (4) TERMINATING AS MOOT DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT (ECF No. 39), AND (5) SETTING SCHEDULE FOR FILING OF REVISED SUMMARY JUDGMENT MOTION**

On July 10, 2026, the Court held a hearing on several pending motions in this action. The motions all relate to deposition testimony and other evidence from non-party Adam Patton that Defendant Travelers Property Casualty Company of America plans to use in a revised motion for summary judgment. For the reasons explained on the record during the motion hearing, the motions are resolved as follows:

1

- The parties' motions to seal (ECF Nos. 46, 49, and 56) are **DENIED**;

- Travelers' motion to remove confidential and attorneys' eyes only designations from Patton's deposition testimony and expert report (ECF No. 48) is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**.  The motion is **GRANTED** to the extent that it seeks to remove the attorneys' eyes only designations.  The motion is **DENIED WITHOUT PREJUDICE** to the extent that it seeks to remove the confidential designations.

- Patton's motion to quash and for a protective order (ECF No. 50) is **DENIED WITHOUT PREJUDICE** because, as set forth below, the Court will provide Patton the opportunity to object to the specific use(s) of his deposition testimony and/or expert report by Travelers;

- Travelers' renewed motion for summary judgment (ECF No. 39) is **TERMINATED WITHOUT PREJUDICE**; and

- Travelers shall file a revised motion for summary judgment by no later than **August 10, 2026**.  Travelers shall include in that motion any and all evidence from Patton's deposition and/or expert report that it wishes to cite in support of its arguments.  The Court **GRANTS** Patton leave to file a response to Travelers' motion.  In that response, Patton shall identify the specific use(s) of his deposition testimony and/or

expert report by Travelers that he believes shall not be permitted by the Court.  He shall file that response brief by no later than **September 11, 2026**. Plaintiff Detroit Bulk Storage, Inc. shall also file its opposition brief to Travelers' motion by no later than **September 11, 2026**.  In addition to any other arguments that Detroit Bulk Storage wishes to make, it shall raise any opposition it has to Travelers' specific use(s) of Patton's deposition transcript and/or expert report.  Detroit Bulk Storage's response shall not exceed 35 pages.  Travelers shall file its reply brief by no later than **September 25, 2026**. That reply may address arguments made by both Patton and Detroit Bulk Storage and shall not exceed 20 pages.  No documents in support or opposition to Travelers' motion shall be filed under seal.  The Court will rule on the permissible use(s), if any, of Patton's deposition transcript and/or expert report when it rules on Travelers' summary judgment motion.

   **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  July 10, 2026          UNITED STATES DISTRICT JUDGE

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3